ALBANY,
Aug. 1831.

People
v.
Albany C. P.

## BANK OF NIAGARA *vs.* AUSTIN.

Decisions as to *costs.*

August 4.
On a motion for *retaxation of costs,* the following directions were given to the taxing officer by the CHIEF JUSTICE :

A plaintiff is entitled to an allowance of *two counts* in his declaration on *each cause of action.* 2 *R. S.* 653, § 5.

*Counsel fee,* attending *prepared* either to try cause or argue case, is a proper charge when the cause is noticed by either party.

*Attorney's fee,* attending *prepared* to argue a case, is not a proper charge when the case is not argued, except when the attendance is pursuant to notice from the opposite party.

A *foreign witness,* subpœnaed at the place of trial, is not entitled to *travelling fees.*